AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

May 01, 2020

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TAM PHO VONG | ) | Case No. **4:20mj0780** |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 10, 2020__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Secion 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI TFO Meghan Schromen
Printed name and title

Sworn to before me via telephone.

Date: 05/01/2020

_____
Judge's signature

City and state: Houston, Texas

Honorable Nancy K. Johnson, US Magistrate Judge
Printed name and title

Attachment "A"

I, Meghan Schromen, hereinafter referred to as affiant, am a peace officer employed by the Office of the Inspector General of the Texas Department of Criminal Justice since April 2019. I am currently assigned to the Federal Bureau of Investigation (FBI) Houston Multi Agency Gang Task Force.

On April 10, 2020, Houston Police Officers Houston and Nguyen initiated a traffic stop on a Black Mazda CX-5 bearing paper license plate 64209Y4 after observing the vehicle change lanes without signaling and failing to use a turn signal when turning right onto the 11100 block of Stroud Dr., Houston, Texas. Officers Houston and Nguyen activated the police cruisers emergency lights at which time the Honda CX-5 turned into a driveway located at 11118 Stroud Dr., Houston, Harris County, Texas within the Southern District of Texas.

Officer Nguyen approached the driver's side of the vehicle, and encountered an Asian male later identified as Tam Pho Vong, Date of Birth (DOB) January 01, 1976. Vong had opened the door and was attempting to exit the vehicle. Officer Nguyen instructed Vong to remain in the vehicle and noticed a black object in Vong's hand (who was wearing blue gloves to contrast). As Vong sat back in the vehicle, Officer Nguyen noticed Vong make a furtive movement and placed the item in his hand under the driver's seat. Officer Nguyen asked Vong, who appeared visibly shaking, if he had any weapons or drugs on his person and Vong did not reply. Officer Nguyen secured Vong and then looked where Vong had reached under the seat and recovered a black Beretta, 40 caliber, serial number PYS5473 semi-automatic pistol. The firearm was loaded and had a round in the chamber of the firearm.

Vong was convicted in the Southern District of Texas for violations of Title 21 USC 841 and 846, sentenced to 140 months incarceration and 3 years of supervised release. Vong is currently on Federal supervised release. Vong was also convicted in July of 2004 for Possession of a controlled substance and incarcerated for 10 years within the Texas Department of Criminal Justice.

Officers Gallardo and Aguilera approached the passenger of the vehicle, identified as Joseph Huynh, DOB August 31, 1986. Huynh was asked if he had any weapons on him. Huynh stated that he had a pistol in his waistband. A Tan Sig Saur 45 caliber, model 1911, serial number 54A017042 with one round loaded in the chamber of the firearm was recovered from Huynh's person.

Huynh was convicted of possession of a controlled substance in March 2011 and sentenced to two years' incarceration in the Texas Department of Criminal Justice. Additionally, Huynh is currently wanted in Fort Bend County for felony evading with a motor vehicle. This traffic stop was documented in Houston Police report 473855-20.

Federal Bureau of Investigation (FBI) Special Agent (SA) Koncir inspected both firearms and determined that the Black Beretta, 40 caliber, serial number PYS5473 and the Tan Sig Saur 45 caliber, model 1911, serial number 54A017042 were not manufactured within the state of Texas. SA Koncir attended and completed a 40 hour Firearm Specialist course provided by International Firearms Specialist Academy in July of 2019 and completed the additional 40 hours of required online training on December 1, 2020, certifying Agent Koncir as a firearm specialist.

After reviewing HPD report 473855-20 and direct conversations with the reporting officers, I submit this affidavit in support of a criminal complaint charging Vong and Huynh with violations of Title 18 USC 922(g) Felon in possession of a firearm. Vong, a convicted felon did knowingly possess within the Southern District of Texas, a black Beretta, 40 caliber, serial number PYS5473 semi-automatic pistol manufactured outside the state of Texas. Huynh a convicted felon did knowingly possess within the Southern District of Texas, a Tan Sig Saur 45 caliber, model 1911, serial number 54A017042 manufactured outside the state of Texas.





Task Force Officer Meghan Schromen
Texas Department of Criminal Justice- Office of the Inspector General
Federal Bureau of Investigation

Sworn to me telephonically this __1st__ day of May 2020.

Honorable Nancy K. Johnson
United Stated Magistrate Judge